AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| STEVEN EUGENE BUCKNER | ) | 1:24-mj-00018-CL |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 30 - February 3, 2024 in the county of Jackson in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Persuades, Induces, Entices or Coerces any Individual who has not Attained the Age of 18 years to Engage in Sexual Activity |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/David M. Schroeder

*Complainant's signature*

David M. Schroeder, Special Agent, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:25 a.m./p.m.

Date: 2/4/24

*Judge's signature*

City and state: Medford, Oregon    MARK D. CLARKE, United States Magistrate Judge

*Printed name and title*